

NUMBER 13-09-00279-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CELSO I. DOLMO,                                                                 Appellant,

v.

GALIANO TUGS, INC., ET AL.,                                          Appellees.

On Appeal from the 197th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Celso I. Dolmo, perfected an appeal from a judgment rendered against

him in favor of appellees, Galiano Tugs, Inc., et. al.  On May 28, 2009, the Clerk of this

Court notified appellant that the clerk's record in the above cause was originally due on

May 26, 2009, and that the deputy district clerk, Christina Tusa, had notified this Court that

appellant failed to make arrangements for payment of the clerk's record.  The Clerk of this

Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.  *See* TEX. R. APP. P. 37.3, 42.3(b),(c).  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of July, 2009.

2